UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE P. LeBLANC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN SOTO, *et al.*,<br><br>　　　　　Defendants. | Case No. CV 15-05174 JLS (AFM)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

　　　　IT THEREFORE IS ORDERED that

　　　　(1) the Report and Recommendation of the Magistrate Judge is accepted and adopted;

　　　　(2) plaintiff's federal claims for failure to state a claim are dismissed without further leave to amend and with prejudice;

(3) plaintiff's state law claims are dismissed without leave to amend but without prejudice; and

(4) Judgment be shall be entered.

DATED: September 11, 2017

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE