# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE P. LeBLANC, <br><br> Plaintiff, <br><br> v. <br><br> JOHN SOTO, *et al.*, <br><br> Defendants. | Case No. CV 15-05174 JLS (AFM) <br><br> **JUDGMENT** |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the action is dismissed with prejudice as to plaintiff's federal claims and without prejudice as to plaintiff's state law claims.

DATED: September 11, 2017

JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE